**F I L E D**
CLERK, U.S. DISTRICT COURT

08/13/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RAM _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 2:21-CR-00373-MWF |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(viii), (b)(1)(B)(i), (b)(1)(C): Distribution and Possession with Intent to Distribute Methamphetamine and Heroin; 21 U.S.C. § 860a: Distribution and Possession with Intent to Distribute Methamphetamine on Premises Where a Minor Resides or is Present; 18 U.S.C. § 924(c)(1)(A)(i): Possession of Firearms in Furtherance of Drug Trafficking Crimes; 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition; 18 U.S.C. § 922(k): Possession of a Firearm With an Obliterated Serial Number; 18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 26 U.S.C. § 5861(d): Possession of Unregistered Firearms; 26 U.S.C. § 5861(i): Possession of Firearms Without Serial Numbers; 21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461(c), 26 U.S.C. § 5872: Criminal Forfeiture] |
| FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about December 3, 2019, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, also known as ("aka") "Frankie," aka "Capone," knowingly and intentionally distributed at least five grams, that is, approximately 52 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about December 5, 2019, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly and intentionally distributed at least five grams, that is, approximately 50 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about February 5, 2020, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly and intentionally distributed at least five grams, that is, approximately 51.9 grams, of methamphetamine, a Schedule II controlled substance.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT FOUR

[21 U.S.C. § 860a]

On or about February 5, 2020, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(viii), as charged in Count Three of this Indictment, on premises in which, at that time, an individual who was under the age of 18 years was present and resided.

COUNT FIVE

[18 U.S.C. § 922(g)(1)]

On or about February 5, 2020, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly possessed a firearm, namely, a Zastava, model N-PAP M70, 7.62 x 39 caliber semi-automatic rifle, bearing serial number NPAP003552, and ammunition, namely, approximately 14 rounds of Tulammo 7.62 x 39 caliber ammunition and one round of Federal Cartridge Company 9mm Luger caliber ammunition, in and affecting interstate and foreign commerce.

Defendant ROBERTS possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1)   Carrying a Loaded Firearm, in violation of California Penal Code Section 12031(a)(1), in the Superior Court for the State of California, County of Los Angeles, case number YA052443, on or about December 18, 2002; and

(2)   Attempted Murder, in violation of California Penal Code Sections 187(a) and 664, in the Superior Court for the State of California, County of Los Angeles, case number YA058714, on or about December 2, 2005.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about February 21, 2020, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly and intentionally distributed at least 50 grams, that is, approximately 53 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about February 21, 2020, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly and intentionally distributed heroin, a Schedule I narcotic drug controlled substance.

COUNT EIGHT

[18 U.S.C. § 922(g)(1)]

On or about February 21, 2020, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly possessed a firearm, namely, a Velocity, model VMAC-45, .45 ACP caliber, semi-automatic pistol, bearing an obliterated serial number, in and affecting interstate and foreign commerce.

Defendant ROBERTS possessed such firearm knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1)  Carrying a Loaded Firearm, in violation of California Penal Code Section 12031(a)(1), in the Superior Court for the State of California, County of Los Angeles, case number YA052443, on or about December 18, 2002; and

(2)  Attempted Murder, in violation of California Penal Code Sections 187(a) and 664, in the Superior Court for the State of California, County of Los Angeles, case number YA058714, on or about December 2, 2005.

COUNT NINE

[18 U.S.C. § 922(k)]

On or about February 21, 2020, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly possessed a firearm, namely, a Velocity, model VMAC-45, .45 ACP caliber, semi-automatic pistol, that had been shipped and transported in interstate and foreign commerce, and from which defendant ROBERTS knew the manufacturer's serial number had been removed, obliterated, and altered.

COUNT TEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about February 25, 2021, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly and intentionally distributed at least five grams, that is, approximately 27 grams, of methamphetamine, a Schedule II controlled substance.

COUNT ELEVEN

[21 U.S.C. § 860a]

On or about February 25, 2021, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(viii), as charged in Count Ten of this Indictment, on premises in which, at that time, an individual who was under the age of 18 years was present and resided.

COUNT TWELVE

[26 U.S.C. § 5861(d)]

On or about February 25, 2021, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly possessed a firearm, namely, an AR-15 type, .300 blackout caliber, semi-automatic rifle, with an unknown manufacturer, bearing no serial number (commonly referred to as a "ghost gun"), with a barrel less than 16 inches in length, which defendant ROBERTS knew to be a firearm and a short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a)(3) and 5845(c), and which had not been registered to defendant ROBERTS in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

COUNT THIRTEEN

[26 U.S.C. § 5861(i)]

On or about February 25, 2021, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly possessed a firearm, namely, an AR-15 type, .300 blackout caliber, semi-automatic rifle, with an unknown manufacturer, bearing no serial number (commonly referred to as a "ghost gun"), with a barrel of less than 16 inches in length, which defendant ROBERTS knew to be a firearm and a short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a)(3) and 5845(c), and which was not identified by a serial number, as required by Title 26, United States Code, Chapter 53.

COUNT FOURTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about February 26, 2021, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 691 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FIFTEEN

[21 U.S.C. § 860a]

On or about February 26, 2021, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), as charged in Count Fourteen of this Indictment, on premises in which, at that time, an individual who was under the age of 18 years was present and resided.

COUNT SIXTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i)]

On or about February 26, 2021, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly and intentionally possessed with the intent to distribute at least 100 grams, that is, approximately 120 grams, of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

COUNT SEVENTEEN

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about February 26, 2021, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly possessed firearms, namely, a Glock, model 19, 9mm semi-automatic pistol, bearing serial number ABYM179; a Ruger, model 10/22 Carbine, .22 caliber rifle, bearing serial number 120-40186; two Polymer80, 9mm caliber semi-automatic pistols, bearing no serial numbers (commonly referred to as "ghost guns"); and a firearm silencer, bearing no manufacturer's mark or serial number, in furtherance of drug trafficking crimes, namely, possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), as charged in Count Fourteen of this Indictment; possession with intent to distribute methamphetamine on premises where a minor resides or is present, in violation of Title 21, Unites States Code, Section 860a, as charged in Count Fifteen of this Indictment; and possession with intent to distribute heroin, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(i), as charged in Count Sixteen of this Indictment.

COUNT EIGHTEEN

[26 U.S.C. § 5861(d)]

On or about February 26, 2021, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly possessed a firearm, namely, a silver silencer measuring approximately 12-1/2 inches in length and approximately 1-7/16 inches at its diameter, and bearing no manufacturer's mark or serial number, which defendant ROBERTS knew to be a firearm and a silencer, as defined in Title 26, United States Code, Section 5845(a)(7) and in Title 18, United States Code, Section 921(a)(24), and which had not been registered to defendant ROBERTS in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

COUNT NINETEEN

[26 U.S.C. § 5861(i)]

On or about February 26, 2021, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly possessed a firearm, namely, a silver silencer measuring approximately 12-1/2 inches in length and approximately 1-7/16 inches at its diameter, and bearing no manufacturer's mark or serial number, which defendant ROBERTS knew to be a firearm and a silencer, as defined in Title 26, United States Code, Section 5845(a)(7) and in Title 18, United States Code, Sections 921(a) (24), and which did not bear a serial number, as required by Title 26, United States Code, Chapter 53.

COUNT TWENTY

[18 U.S.C. § 922(g)(1)]

On or about February 26, 2021, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," knowingly possessed the following firearms and ammunition, in and affecting interstate and foreign commerce:

(1)  a Glock, model 19, 9mm semi-automatic pistol, bearing serial number ABYM179;

(2)  a Ruger, model 10/22 Carbine, .22-caliber rifle, bearing serial number 120-40186;

(3)  approximately 47 rounds of Tulammo 7.62 x 39 caliber ammunition;

(4)  approximately 20 rounds of Remington 7.62 x 39 caliber ammunition;

(5)  approximately 13 rounds of Remington .40 S&W caliber ammunition;

(6)  three rounds of Remington 9mm Luger caliber ammunition;

(7)  two rounds of Federal Cartridge Company .45 caliber ammunition;

(8)  one round of MaxxTech 9mm Luger caliber ammunition; and

(9)  one round of Fiocchi 9mm Luger caliber ammunition.

Defendant ROBERTS possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1)  Carrying a Loaded Firearm, in violation of California Penal Code Section 12031(a)(1), in the Superior Court for the State of

California, County of Los Angeles, case number YA052443, on or about December 18, 2002; and

(2)  Attempted Murder, in violation of California Penal Code Sections 187(a) and 664, in the Superior Court for the State of California, County of Los Angeles, case number YA058714, on or about December 2, 2005.

COUNT TWENTY-ONE

[18 U.S.C. § 922(a)(1)(A)]

Beginning on or before February 5, 2020, and continuing through at least on or about February 26, 2021, in Los Angeles County, within the Central District of California, defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," not being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically, the sales of the following firearms, on or about the following dates:

| Date | Firearm(s) |
|------|-----------|
| February 5, 2020 | One Maadi Helwann, unknown model, 9mm semi-automatic pistol, with an unidentifiable serial number; and<br><br>One Zastava, model N-PAP M70, 7.62 x 3.9mm caliber semi-automatic rifle, bearing serial number NPAP003552, with collapsible stock, nylon sling, and pistol grip. |
| February 21, 2020 | One Velocity, model VMAC-45, .45 ACP caliber semi-automatic pistol, bearing an obliterated serial number; and<br><br>One J&R Engineering, model M68, 9mm Parabellum caliber semi-automatic rifle, bearing serial number 3447. |
| February 25, 2021 | One AR-15 type, .300 blackout caliber, short-barreled semi-automatic rifle, with an unknown manufacturer, bearing no serial number (commonly referred to as a "ghost gun"). |

SENTENCING ALLEGATIONS

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(viii),
(b)(1)(B)(i), (b)(1)(C), 860a]

Defendant FRANK EVERETT ROBERTS, aka "Frankie," aka "Capone," prior to committing the offenses alleged in Counts One, Two, Three, Four, Six, Seven, Ten, Eleven, Fourteen, Fifteen, and Sixteen of this Indictment, had been finally convicted of a serious violent felony, as that term is defined and used in Title 21, United States Code, Sections 802(58), 841, and 851, namely, Attempted Murder, in violation of California Penal Code Sections 187(a) and 664, in Superior Court for the State of California, County of Los Angeles, case number YA058714, on or about December 2, 2005, for which defendant ROBERTS served a term of imprisonment of more than 12 months.

1    FORFEITURE ALLEGATION ONE

2    [21 U.S.C. § 853; 18 U.S.C. § 924; 28 U.S.C. § 2461(c)]

3    1.   Pursuant to Rule 32.2(a) of the Federal Rules of Criminal

4   Procedure, notice is hereby given that the United States of America

5   will seek forfeiture as part of any sentence, pursuant to Title 21,

6   United States Code, Section 853, Title 18, United States Code,

7   Section 924, and Title 28, United States Code, Section 2461(c), in

8   the event of the defendant's conviction of the offenses set forth in

9   any of Counts One through Four, Six, Seven, Ten, Eleven, Fourteen,

10  Fifteen, and Sixteen of this Indictment.

11   2.   The defendant, if so convicted, shall forfeit to the United

12  States of America the following:

13       (a)  All right, title and interest in any and all property,

14  real or personal, constituting or derived from, any proceeds which

15  the defendant obtained, directly or indirectly, from any such

16  offense;

17       (b)  All right, title and interest in any and all property,

18  real or personal, used, or intended to be used, in any manner or

19  part, to commit, or to facilitate the commission of any such offense;

20       (c)  All right, title, and interest in any firearm or

21  ammunition involved in or used in any such offense; and

22       (d)  To the extent such property is not available for

23  forfeiture, a sum of money equal to the total value of the property

24  described in subparagraphs (a), (b), and (c).

25   3.   Pursuant to Title 21, United States Code, Section 853(p),

26  and as incorporated by Title 28, United States Code, Section 2461(c),

27  the defendant, if so convicted, shall forfeit substitute property if,

28  by any act or omission of the defendant, the property described in

the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts Five, Eight, Nine, Seventeen, Twenty and Twenty-One of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)   All right, title, and interest in any firearm or ammunition involved in or used in any such offense;

(b)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION THREE

[26 U.S.C. § 5872]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 5872, and Title 26, in the event of the defendant's conviction of the offenses set forth in any of Counts Twelve, Thirteen, Eighteen, and Nineteen of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)  All right, title, and interest in any firearm involved in any such offense; and

(b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

1  substantially diminished in value; or (e) has been commingled with
2  other property that cannot be divided without difficulty.
3
4                                    A TRUE BILL
5
6                                         /S/
                            _____
                                    Foreperson
7
8  TRACY L. WILKISON
   Acting United States Attorney
9
10
11 SCOTT M. GARRINGER
   Assistant United States Attorney
12 Chief, Criminal Division
13 JOSHUA O. MAUSNER
   Assistant United States Attorney
14 Deputy Chief, General Crimes Section
15 ANNA P. FARIAS-EISNER
   Assistant United States Attorney
16 General Crimes Section
17
18
19
20
21
22
23
24
25
26
27
28